UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAIL HOLMES,<br><br>          Plaintiff,<br><br>     v.<br><br>HOSPIRA, INC.; PFIZER, INC.; PARKE-DAVIS, A DIVISION OF WARNER-LAMBERT CO.; WARNER-LAMBERT COMPANY; WARNER-LAMBERT COMPANY LLC; PFIZER PHARMACEUTICALS, INC.; JOHNSON & JOHNSON; ORTHO-MCNEIL PHARMACEUTICAL, INC.; JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH & DEVELOPMENT, LLC; JANSSEN PHARMACEUTICA, INC.; JANSSEN PHARMACEUTICALS, INC.; AND DOES ONE THROUGH FIFTEEN,<br><br>          Defendants. | Case No. EDCV 12-01708 VAP (DTBx)<br><br>**JUDGMENT AS TO DEFENDANTS JOHNSON & JOHNSON; JANSSEN RESEARCH & DEVELOPMENT, LLC (ERRONEOUSLY SUED AS JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH & DEVELOPMENT, LLC); AND JANSSEN PHARMACEUTICALS, INC. (ERRONEOUSLY SUED AS JANSSEN PHARMACEUTICAL, INC.; ORTHO-MCNEIL-PHARMACEUTICAL, INC.; AND JANSSEN PHARMACEUTICA, INC.)** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against Defendants Johnson & Johnson; Janssen Research &

Development, LLC (erroneously sued as Johnson & Johnson Pharmaceutical Research & Development, LLC); and Janssen Pharmaceuticals, Inc. (erroneously sued as Janssen Pharmaceutical, Inc.; Ortho-McNeil-Pharmaceutical, Inc.; and Janssen Pharmaceutica, Inc.) is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: April 11, 2013

VIRGINIA A. PHILLIPS
United States District Judge

2